

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.,**
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

On September 13, 2019, appellant filed a Motion for Rehearing. Appellant's Motion for Rehearing is **DISMISSED** as untimely filed. *See* Tex. R. App. P. 49.1, 49.8.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court